## STATE of Missouri, Respondent,

### v.

### Eric L. OLIVER, Appellant.

### WD 78368

Missouri Court of Appeals, Western District.

FILED: March 8, 2016

Rachel S. Flaster, Jefferson City, MO, for respondent.

Kyle L. Kanable, Springfield, MO, for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Gary D. Witt, Judges

### ORDER

Per Curiam

Eric Oliver appeals his conviction for sale of a controlled substance. He contends: (1) the circuit court erred in excluding testimony from his rebuttal witnesses,

and (2) the evidence is insufficient to support his conviction. For reasons explained in a memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b)